887 A.2d 654

**Keli Lea DAUGHERTY**

v.

**Floyd W. and Karen DAUGHERTY.**

**No. 46, Sept. Term, 2005.**

Court of Appeals of Maryland.

Dec. 8, 2005.

Susan Mays, Glen Burnie, for petitioner.

Amy D. Welch (Cumberland & Erly, LLC, on brief), Prince Frederick, for respondents.

**PER CURIAM ORDER.**

The petition for writ of certiorari in the above-entitled case having been granted and argued, it is this 8th day of December, 2005,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.